UNITED STATES of America, Plaintiff–Appellee,

v.

Lonell Bernard GADSON, Defendant–Appellant.

No. 08–16543

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 19, 2009.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Lonell Bernard Gadson, pro se.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Lonell Bernard Gadson in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gadson's conviction and sentence are **AFFIRMED.**